[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-10812

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 26, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:04-cr-20516-PAS-21

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JUAN CARLOS RUBIO,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 26, 2011)

Before EDMONDSON and MARCUS, Circuit Judges, and LAWSON,[*] District
Judge.

_____

[*] Honorable Hugh Lawson, United States District Judge for the Middle District of
Georgia, sitting by designation.

PER CURIAM:

In this sentencing appeal, we see no reversible error.  On this record, the District Court had sufficient circumstantial evidence to support a finding that defendant knew that the laundered funds were proceeds of drug trafficking activity.

AFFIRMED.